UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Elijah Marshall, Jr., # 186970,

                    Petitioner,

          v.                                    C/A No. 6:05-0345-GRA-WMC

Collie Rushton; and Attorney General              ORDER
for South Carolina,                             (Written Opinion)

                    Respondents.

_____

          This matter is before the Court for a review of the magistrate's Report and

Recommendation made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule

73.02(B)(2)(c), D.S.C., and issued on November 9, 2005.  Petitioner filed an action

pursuant to 28 U.S.C. § 2254 on February 25, 2005.  Respondents filed a motion

for summary judgment on April 19, 2005. On April 21, 2005, pursuant to *Roseboro*

*v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the Petitioner was advised of the summary

judgment  procedure  and  the  possible  consequences  if  he  failed  to  respond

adequately.    The  Petitioner  responded  on  May  20,  2005. The  magistrate

recommends granting Respondents' motion for summary judgment and dismissing

this action.

          Petitioner brings this claim *pro se*.  This Court is required to construe *pro se*

pleadings liberally.  Such pleadings are held to a less stringent standard than those

1

drafted by attorneys. *Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate with instructions." *Id*.

In the absence of objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Objections to the Report and Recommendation have not been filed.

After a review of the magistrate's Report and Recommendation, this Court finds the report is based upon the proper law. Accordingly, the Report and Recommendation is accepted and adopted in its entirety.

IT IS THEREFORE ORDERED that Respondents' motion for summary judgment

be GRANTED and this action be DISMISSED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

December __8__, 2005.

<u>NOTICE OF RIGHT TO APPEAL</u>

Petitioner is hereby notified that he has the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.  Failure to meet this deadline, as modified within Rule 4, will waive the right to appeal.